1  MICHELE C. BARNES (SBN: 187239)        JOHN LANGDOC (SBN: 235509)
   michele.barnes@klgates.com             DENYSE CLANCY (SBN: 255276)
2  ZACHARIAH D. BAKER (SBN 271620)        TIFFANY DICKENSON (SBN: 264364)
   zac.baker@klgates.com                  **BARON & BUDD, P.C.**
3  **K&L GATES LLP**                       3102 Oak Lawn Ave., Suite 1100
   Four Embarcadero Center, Suite 1200    Dallas, TX 72519
4  San Francisco, CA 94111                Tel: 214.521.3605; 800.222.2766
   Telephone: 415.882.8200                Fax: 214.520.1181
5  Facsimile: 415.882.8220

6  Attorneys for Defendant                Attorneys for Plainti **RECEIVED**
   CRANE CO.

7
                        UNITED STATES DISTRICT COURT        JUN - 6 2012
8
                      NORTHERN DISTRICT OF CALIFORNIA  RICHARD W. WIEKING
9                                                      CLERK, U.S. DISTRICT COURT
                                                       NORTHERN DISTRICT OF CALIFORNIA
                             SAN FRANCISCO DIVISION
10

11 JAMES DEL PINO and                   | Civil Action No.: CV-12-002928-EDL
   BEVERLY I. DEL PINO,                 |
12                                       | (Superior Court of the State of California
                          Plaintiffs,   | for the County of San Francisco, CA
13                                       | NO. CGC-12-276039)
              v.                        |
14                                       | **STIPULATION FOR DISMISSAL WITH**
   3M COMPANY, et al.                   | **PREJUDICE PURSUANT TO FED. R.**
15                                       | **CIV. PRO. 41(a); WITHDRAWAL OF**
                          Defendants.   | **NOTICE OF REMOVAL**
16

17

18

19       WHEREAS Plaintiffs JAMES DEL PINO and BEVERLY I. DEL PINO want this case to be

20  remanded to San Francisco Superior Court and defendant CRANE CO. wants to be dismissed from

21  this case,

22       IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs

23  JAMES DEL PINO and BEVERLY I. DEL PINO, and counsel for Defendant CRANE CO.,

24  pursuant to Federal Rules of Civil Procedure 41(a)(2), that the Complaint of Plaintiffs JAMES DEL

25  PINO and BEVERLY I. DEL PINO, Case No. CV-12-002928-EDL, in the above-captioned action

26  may be and is hereby dismissed with prejudice as to Defendant CRANE CO., only. The parties shall

27  each bear their own costs.

28

---

STIPULATION FOR DISMISSAL &                    1               Case No. CV-12-002928-EDL
WITHDRAWAL OF REMOVAL

1     IT IS HEREBY FURTHER STIPULATED AND AGREED by and between counsel for

2   Plaintiffs JAMES DEL PINO and BEVERLY I. DEL PINO, and counsel for Defendant CRANE

3   CO., that Crane Co. withdraws its Notice of Removal in the instant action as it is moot in light of

4   the forgoing stipulated dismissal. As such, Crane Co. stipulates to and agrees with Plaintiffs' request

5   that the case be remanded

6     **IT IS SO STIPULATED.**

7

8                       **BARON & BUDD, P.C.**

9

10   Dated: June 12, 2012          By: _____

                                TIFFANY DICKENSON (SBN: 264364)

11                       Attorneys for Plaintiffs

12

13

14                       **K&L GATES LLP**

15

16   Dated: June 6, 2012            By: _____

                                ZACKARIAH D. BAKER (SBN 271620)

17

18                       Attorneys for Defendant
                      CRANE CO.

19

20     **PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFFS'**

21   **COMPLAINT AS TO DEFENDANT CRANE CO. IS DISMISSED WITH PREJUDICE.**

22   **EACH PARTY IS TO BEAR ITS OWN COSTS.**

    **IT IS FURTHER ORDERED THAT** ~~CRANE CO.'S NOTICE OF REMOVAL IN~~

23   ~~THIS ACTION IS WITHDRAWN, AND~~ **THE CASE BE REMANDED TO THE SUPERIOR**

24   **COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO.**

25

26

27   Dated: 06/12/2012

28                             **IT IS SO ORDERED AS MODIFIED**

                             Judge Thelton E. Henderson

STIPULATION FOR DISMISSAL &
WITHDRAWAL OF REMOVAL                               12-002928-EDL