| | |
|---|---|
| MICHELE C. BARNES (SBN: 187239)<br>michele.barnes@klgates.com<br>ZACHARIAH D. BAKER (SBN 271620)<br>zac.baker@klgates.com<br>**K&L GATES LLP**<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Telephone: 415.882.8200<br>Facsimile: 415.882.8220 | JOHN LANGDOC (SBN: 235509)<br>DENYSE CLANCY (SBN: 255276)<br>TIFFANY DICKENSON (SBN: 264364)<br>**BARON & BUDD, P.C.**<br>3102 Oak Lawn Ave., Suite 1100<br>Dallas, TX 72519<br>Tel: 214.521.3605; 800.222.2766<br>Fax: 214.520.1181 |
| Attorneys for Defendant<br>CRANE CO. | Attorneys for Plaintiffs |

RECEIVED
JUN - 6 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES DEL PINO and<br>BEVERLY I. DEL PINO,<br><br>Plaintiffs,<br><br>v.<br><br>3M COMPANY, et al.<br><br>Defendants. | Civil Action No.: CV-12-002928-EDL<br><br>(Superior Court of the State of California for the County of San Francisco, CA NO. CGC-12-276039)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. PRO. 41(a); WITHDRAWAL OF NOTICE OF REMOVAL** |

WHEREAS Plaintiffs JAMES DEL PINO and BEVERLY I. DEL PINO want this case to be remanded to San Francisco Superior Court and defendant CRANE CO. wants to be dismissed from this case,

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs JAMES DEL PINO and BEVERLY I. DEL PINO, and counsel for Defendant CRANE CO., pursuant to Federal Rules of Civil Procedure 41(a)(2), that the Complaint of Plaintiffs JAMES DEL PINO and BEVERLY I. DEL PINO, Case No. CV-12-002928-EDL, in the above-captioned action may be and is hereby dismissed with prejudice as to Defendant CRANE CO., only. The parties shall each bear their own costs.

1  IT IS HEREBY FURTHER STIPULATED AND AGREED by and between counsel for
2  Plaintiffs JAMES DEL PINO and BEVERLY I. DEL PINO, and counsel for Defendant CRANE
3  CO., that Crane Co. withdraws its Notice of Removal in the instant action as it is moot in light of
4  the forgoing stipulated dismissal. As such, Crane Co. stipulates to and agrees with Plaintiffs' request
5  that the case be remanded
6  **IT IS SO STIPULATED.**

BARON & BUDD, P.C.

Dated: June 6, 2012    By: *[signature]*
TIFFANY DICKENSON (SBN: 264364)
Attorneys for Plaintiffs

K&L GATES LLP

Dated: June 6, 2012    By: *[signature]*
ZACHARIAH D. BAKER (SBN 271620)
Attorneys for Defendant
CRANE CO.

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFFS' COMPLAINT AS TO DEFENDANT CRANE CO. IS DISMISSED WITH PREJUDICE. EACH PARTY IS TO BEAR ITS OWN COSTS.

IT IS FURTHER ORDERED THAT ~~CRANE CO.'S NOTICE OF REMOVAL IN THIS ACTION IS WITHDRAWN, AND~~ THE CASE BE REMANDED TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO.

Dated: 06/12/2012

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Thelton E. Henderson]*

STIPULATION FOR DISMISSAL & WITHDRAWAL OF REMOVAL        12-002928-EDL